# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132430

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBBIE COHEN,
      Plaintiff-Appellant,

v

      SC: 132430
      COA: 269044
      Oakland CC: 2005-065315-CZ

REDCOAT TAVERN, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

t0122

_____
Clerk